United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUELLEN CRANO,

Plaintiff,

v.

SOJERN, INC.,

Defendant.

Case No. 3:25-cv-02600-JSC

**ORDER TO SHOW CAUSE RE: MOTION TO TRANSFER**

Re: Dkt. No. 17

Plaintiff Suellen Crano filed this putative class action against Sojern alleging it illicitly tracked her information in violation of various California laws when she booked hotel rooms on the Hilton and Marriott websites. Sojern has moved to transfer venue to the District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a) based on a forum selection clause in the Hilton Honors Terms and the Hilton Site Usage Agreement, or alternatively, to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. No. 17.) Plaintiff did not file an opposition, but filed an Amended Complaint 20 days after the motion was filed. (Dkt. No. 19.) Shortly before filing the Amended Complaint, Plaintiff stipulated to transfer of an action arising out of the same conduct she filed in Los Angeles against Hilton to the District Court for the Eastern District of Virginia. *See Crano et al v. Hilton Worldwide Holdings Inc. et al*., No. 25-305-RDA, Dkt. No. 34 (E.D. Va. Feb. 5, 2025). Given Plaintiff's lack of opposition to the motion to transfer here, Plaintiff is ORDERED TO SHOW CAUSE as to why this action, too, should not be transferred to the Eastern District of Virginia or whether she consents to Sojern's motion to transfer venue. Plaintiff shall file a written response to this Order by June 23, 2025.

The June 26, 2025 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: June 9, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California