United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUELLEN CRANO,<br>Plaintiff,<br>v.<br>SOJERN, INC.,<br>Defendant. | Case No. 3:25-cv-02600-JSC<br><br>**ORDER RE: PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 22, 26 |

On June 9, 2025, the Court issued an Order to Show Cause to Plaintiff following her failure to file a response to Defendant's motion to transfer venue. (Dkt. No. 22.) Plaintiff has now filed a response opposing the motion to transfer. (Dkt. No. 26.) Defendant shall file a reply on or before July 3, 2025. On receipt of the reply, the Court will take the motion to transfer under submission and notify the parties if oral argument is required.

**IT IS SO ORDERED.**

Dated: June 20, 2025

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge