SPENCER PERSSON (State Bar No. 235054)
spencerpersson@dwt.com
MONICA GIBBONS (State Bar No. 348888)
monicagibbons@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SOJERN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

SUELLEN CRANO, individually and on behalf of other similarly situated individuals,

Plaintiff,

v.

SOJERN, INC.,

Defendant.

Case No. 3:25-cv-02600-JSC

**DECLARATION OF SPENCER PERSSON IN SUPPORT OF DEFENDANT SOJERN INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

DATE: March 19, 2026
TIME: 10:00 AM
CTRM: 8, 19th

Action Filed: March 17, 2025
SAC Filed: October 16, 2025

I, Spencer Persson, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner associated with the law firm of Davis Wright Tremaine LLP, and counsel for Defendant Sojern, Inc. I make this declaration in support of Sojern's Motion to Dismiss Plaintiff's Second Amended Complaint. I have person knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit A** is a true and correct copy of the Declaration of Fjorela Shati in Support of Defendant Hilton Holdings Inc.'s Request for Judicial Notice and Motion to Dismiss Plaintiffs' Amended Complaint, or in the alternative, Transfer Venue. This document is available in *Crano v. Hilton Holdings, Inc.*, 25-cv-00305-RDA-IDD, Dkt. No. 32-1 (E.D. Va. Jan. 24, 2025).

3. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit B** is a true and correct copy of Plaintiff's Hilton Honors Account. This document is available in *Crano v. Hilton Holdings, Inc.*, 25-cv-00305-RDA-IDD, Dkt. No. 32-8 (E.D. Va. Jan. 24, 2025).

4. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit C** is a true and correct copy of the Hilton Global Privacy Statement last updated January 24, 2024. This webpage is publicly available and I caused it to be obtained from https://web.archive.org/web/20240404190907/https:/www.hilton.com/en/p/global-privacy-statement/.

5. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit D** is a true and correct copy of the Marriott Global Privacy Statement last updated August 1, 2023. This webpage is publicly available and I caused it to be obtained from https://web.archive.org/web/20230805210221/https://www.marriott.com/about/privacy.mi.

6. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit E** is a true and correct copy of the Marriott Bonvoy Account Creation Page. This webpage is publicly available and I caused it to be obtained from https://www.marriott.com/loyalty/createAccount/createAccountPage1.mi.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

7. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit F** is a true and correct copy of the Hilton Payment Page for an exemplar property, archived December 19, 2024. This document is available in *Crano v. Hilton Holdings, Inc.*, 25-cv-00305-RDA-IDD, Dkt. No. 32-2 (E.D. Va. Jan. 24, 2025).

8. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit G** is a true and correct copy of the Hilton Payment Page for an exemplar property, archived January 1, 2021. This document is available in *Crano v. Hilton Holdings, Inc.*, 25-cv-00305-RDA-IDD, Dkt. No. 32-3 (E.D. Va. Jan. 24, 2025).

9. Attached to the Request for Judicial Notice filed concurrently herewith as **Exhibit H** is a true and correct copy of the Hilton Global Privacy Statement last updated August 12, 2020. This document is available in *Crano v. Hilton Holdings, Inc.*, 25-cv-00305-RDA-IDD, Dkt. No. 32-5 (E.D. Va. Jan. 24, 2025).

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed January 15, 2025 at Los Angeles, CA.

By: Spencer Persson
Spencer Persson



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899