United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUELLEN CRANO,
Plaintiff,
v.
SOJERN, INC.,
Defendant.

Case No. 25-cv-02600-JSC

**ORDER RE: APRIL 14, 2026 HEARING**

Re: Dkt. No. 60

Sojern, Inc. ("Sojern") moves to dismiss Suellen Crano's ("Plaintiff's") Second Amended Complaint ("SAC"). (Dkt. No. 60.) A hearing on Sojern's motion is set for April 14, 2026 at 9:00am. At the hearing, the parties should be prepared to discuss whether Plaintiff has sustained a concrete injury sufficient to confer Article III standing in light of *Popa v. Microsoft Corp.*, 153 F.4th 784 (9th Cir. 2025).

**IT IS SO ORDERED.**

Dated: April 8, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge