UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUELLEN CRANO,

         Plaintiff,

    v.

SOJERN, INC.,

         Defendant.

Case No.  3:25-cv-02600-JSC

**DISMISSAL ORDER**

On June 9, 2026, the Court dismissed this action with leave to amend because Plaintiff had not alleged a concrete injury for purposes of Article III standing.  (Dkt. No. 74.)  The Court set a June 25, 2026 deadline for Plaintiff to file an amended complaint and warned failure to do so would result in dismissal of this action without prejudice to Plaintiff pursuing her claims in state court.  (*Id*. at 11.)  Plaintiff has not filed an amended complaint and the deadline has passed.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED.**

Dated: June 30, 2026

JACQUELINE SCOTT CORLEY
United States District Judge